# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>RUDY'S PAINTING & ROOFING, LLC and MARTIN AGUILERA TORRES,<br><br>   Defendants. | Case No.: _____ |

## PLAINTIFF CRUM & FORSTER SPECIALTY INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Plaintiff Crum & Forster Specialty Insurance Company ("CFSIC") provides the following disclosures:

**(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:**

Plaintiff CFISC is wholly-owned by United States Fire Insurance Company, a Delaware corporation, which is wholly-owned by Crum & Forster Holdings Corp., a Delaware corporation, which is wholly-owned by Fairfax (US) Inc., a Delaware corporation, which is wholly-owned by FFHL Group Ltd., a Canadian company,

which is wholly-owned by Fairfax Financial Holdings Limited, which is publicly traded on the Toronto Stock Exchange (TSX: FFH).

Defendant Rudy's Painting & Roofing, LLC

Defendant Martin Aguilera Torres

**(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Other than the parties identified above, the undersigned is unaware of any other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:**

**Counsel for Plaintiff:**

Crighton T. Allen
Georgia Bar No. 513249
Nolan C. Hendricks
Georgia Bar No. 931520
Troutman Pepper Locke LLP
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Tel: 404.885.3000
crighton.allen@troutman.com
nolan.hendricks@troutman.com

**Counsel for Defendants:**

Unknown

**(4)** **The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:**

Plaintiff CFSIC is a Delaware corporation that maintains its statutory home office in Delaware and a main administrative office in New Jersey. Therefore, for the purposes of 28 U.S.C. § 1332(a), CFSIC is a citizen of Delaware and New Jersey.

Respectfully submitted, this 17th day of September 2025.

    **TROUTMAN PEPPER LOCKE LLP**

    */s/ Crighton T. Allen*
    Crighton T. Allen
    Georgia Bar No. 513249
    Nolan C. Hendricks
    Georgia Bar No. 931520
    Troutman Pepper Locke LLP
    Bank of America Plaza
    600 Peachtree Street NE, Suite 3000
    Atlanta, GA 30308
    Tel: 404.885.3000
    crighton.allen@troutman.com
    nolan.hendricks@troutman.com

    Kevin F. Kieffer (*pro hac vice* forthcoming)
    Troutman Pepper Locke LLP
    100 Spectrum Center Drive, Suite 1500
    Irvine, CA 92618
    Tel: 949.622.2700
    kevin.kieffer@troutman.com

    *Attorneys for Plaintiff Crum & Forster Specialty Insurance Company*

## **LOCAL RULE 7.1D CERTIFICATION**

I hereby certify that the foregoing Crum & Forster Specialty Insurance Company's Certificate of Interested Persons and Corporate Disclosure Statement was prepared using Times New Roman font (14 point), in compliance with Local Rule 5.1B.

This 17th day of September, 2025.

*/s/ Crighton T. Allen*
Crighton T. Allen
Georgia Bar No. 513249

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2025, a copy of the foregoing document was filed electronically through the Court's CM/ECF System, which automatically served all counsel of record with the same:

This 17th day of September, 2025.

*/s/ Crighton T. Allen*
Crighton Allen
Georgia Bar No. 513249
